**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| TANYA COATS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a foreign limited-liability company, d/b/a LOWE'S STORE #0784, a domestic corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-01332-GMN-EJY<br><br>**ORDER** |

　　　　The Court is in receipt of an informal email request seeking to excuse Lowe's representative from attendance at the settlement conference set for October 7, 2020. The Order setting the settlement conference was issued on September 21, 2020; ten days ago. Lowe's belated informal notice is not favored by the Court. A timely motion or stipulation to excuse Lowe's in-person attendance should have been filed.

　　　　The Court advises that personal attendance at settlement conferences are highly preferred as parties are far more likely to engage meaningfully when they are present in the courthouse. Travel cross country is not difficult in most cases as the airlines are fully operational and taking care to ensure the health and safety of passengers. There is no quarantine in force in either Nevada or North Carolina identified by Lowe's counsel. Lowe's has presented no special circumstance that would suggest travel of its representative is ill-advised for any specific health reason.

　　　　Accordingly, IT IS HEREBY ORDERED that Lowe's must arrange for a highly placed local representative of the company to be present for settlement (for example, a district manager), and for Ms. Spencer to appear by videoconference through a program available on a tablet or computer provided by Lowe's counsel on the day of the settlement conference

　　　　Dated this 1st day of October, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE