WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
wcannon@ocgas.com
Telephone: (702) 384-4012
Facsimile: (702) 383-0701

Attorney for Defendant
Lowe's Home Centers, LLC
d/b/a Lowe's Store #0784

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TANYA COATS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a Foreign Limited-Liability Company, d/b/a LOWE'S STORE #0784, a Domestic Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-01332-GMN-EJY |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiff, Tanya Coats, BOYD B. MOSS, III, ESQ., of MOSS BERG INJURY LAWYERS, and counsel for the Defendant, Lowe's Home Centers, LLC, WALTER R. CANNON, ESQ., of OLSON CANNON GORMLEY & STOBERSKI, that the above-entitled action may be dismissed with prejudice; each side to bear their own costs and attorney's fees.

DATED this 20TH day of OCTOBER, 2020.

MOSS BERG INJURY LAWYERS

BY: _____
BOYD B. MOSS, III, ESQ.
Nevada Bar No. 8856
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Attorney for Plaintiff

OLSON CANNON GORMLEY & STOBERSKI

BY: _____
WALTER R. CANNON, ESQ.
Nevada Bar No. 1505
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant

## ORDER

IT IS SO ORDERED:
Dated this 20 day of October, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Submitted by:

OLSON CANNON GORMLEY & STOBERSKI

BY: _____
WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant